IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No.  16-15690-CC

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL JOHNSON, JR.,

Defendant-Appellant.

————————————————

Appeals from the United States District Court
for the Southern District of Florida

————————————————

Before ED CARNES, Chief Judge, TJOFLAT, MARCUS, WILSON, WILLIAM
PRYOR, MARTIN, JORDAN, ROSENBAUM, JILL PRYOR, NEWSOM, and
BRANCH, Circuit Judges:

BY THE COURT:

A member of this Court in active service having requested a poll on whether

this case should be reheard en banc and a majority of the judges of this Court in

active service having voted in favor of granting rehearing en banc, IT IS

ORDERED that this case will be reheard en banc.  The panel's opinion is

VACATED.